SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Defendant*
*IMPLICIT NETWORKS, INC.*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS INCORPORATED,<br><br>    Plaintiff,<br><br>v.<br><br>IMPLICIT NETWORKS, INC.<br><br>    Defendant. | Case No. CV 09-0201 SI<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT IMPLICIT NETWORKS, INC. TO FILE ANSWER OR OTHER RESPONSIVE PLEADING** |

Pursuant to Local Rule 6-1, Plaintiff Sun Microsystems Incorporated and Defendant Implicit Networks, Inc. hereby stipulate as follows:

WHEREAS, on or about January 15, 2009, Plaintiff filed its Complaint for Declaratory Judgment and Demand for Jury Trial ("Complaint"); and

WHEREAS, one previous extension of time to answer or otherwise respond to the Complaint has been granted pursuant to stipulation, which extended the due date by two weeks from February 9, 2009 to February 23, 2009, the date Defendant's response to the Complaint is presently due; and

WHEREAS, no trial date has yet been set in this action; and

1      WHEREAS, Defendant requires additional time to respond to the Complaint, and

2   Plaintiff and Defendant, through their respective counsel of record, have agreed to extend the

3   time by which Defendant must answer or otherwise respond to the Complaint by an

4   additional one week, to and including March 2, 2009.

5      IT IS HEREBY STIPULATED by and between the parties hereto through their

6   respective attorneys of record that Defendant will have to and including March 2, 2009, to

7   serve and file an answer or other response to the Complaint.  By entering into this stipulation,

8   neither party waives any rights or defenses with respect to the issues presented in this

9   litigation.

10                            SO STIPULATED

11   Dated: February 23, 2009           FISH & RICHARDSON P.C.

12                           */s/ Robert J. Kent*

                                Katherine Kelly Lutton (CA Bar No. 194971)

13                         lutton@fr.com

                                  Robert J. Kent (CA Bar No. 250905)

14                         RJKent@fr.com

15                         FISH & RICHARDSON P.C.

                                  500 Arguello Street, Suite 500

16                         Redwood City, California 94063-1526

17                         Telephone:  (650) 839-5070

                                  Facsimile:   (650) 839-5071

18

19                         Attorney for Plaintiff Sun Microsystems

                                  Incorporated

20

21

22

23

24

25

26

27

28

Dated: February 23, 2009      HOSIE RICE LLP

*/s/ George F. Bishop*
Spencer Hosie
shosie@hosielaw.com
Bruce Wecker
bwecker@hosielaw.com
George F. Bishop
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, California 94105
Telephone:    (415) 247-6000
Facsimile:     (415) 247-6001

Attorney for Defendant Implicit Networks, Inc.

## CERTIFICATION PURSUANT TO GENERAL ORDER 45

Pursuant to General Order 45X.B, I, George Bishop, attest that the above

signatory for plaintiff Sun, Microsystems, Inc. has concurred and consented to the filing

of this document.

DATED:      February 23, 2009

*/s/ George F. Bishop*
George F. Bishop

**ORDER**

Pursuant to the stipulation of the parties, it is hereby ORDERED that the time in which Defendant may serve and file an answer or other response to the Complaint is extended to and including March 2, 2009.

PURSUANT TO STIPULATION IT IS SO ORDERED

February __, 2008

_____
Honorable Susan Illston
United States District Judge