| | |
|---|---|
| 1 | Katherine Kelly Lutton (CAB # 194971) |
| | lutton@fr.com |
| 2 | Katherine D. Prescott (CAB # 215496) |
| | Prescott@fr.com |
| 3 | Robert J. Kent (CAB # 250905) |
| | RJKent@fr.com |
| 4 | FISH & RICHARDSON P.C. |
| | 500 Arguello Street, Suite 500 |
| 5 | Redwood City, CA 94063 |
| | Telephone: (650) 839-5070 |
| 6 | Facsimile: (650) 839-5071 |
| 7 | Barbara A. Benoit (*Admitted Pro Hac Vice*) |
| | benoit@fr.com |
| 8 | FISH & RICHARDSON P.C. |
| | 1425 K Street, N.W., 11th Floor |
| 9 | Washington, DC 20005-3500 |
| | Telephone: (202) 783-5070 |
| 10 | Facsimile: (202) 783-2331 |
| 11 | Attorneys for Plaintiff |
| | SUN MICROSYSTEMS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SUN MICROSYSTEMS, INC., | | Case No. C09-00201 SI |
| Plaintiff, | | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S COUNTERCLAIMS** |
| v. | | |
| IMPLICIT NETWORKS, INC., | | **JURY TRIAL DEMANDED** |
| Defendant. | | |

The Plaintiff Sun Microsystems, Inc. ("Sun") and Defendant Implicit Networks, Inc. ("Implicit") file this Joint Stipulation to extend the time for Sun to file its response to the Counterclaims of Implicit filed on February 27, 2009. Implicit has no objection to extending the time for Sun to file its response to the counterclaims from March 19, 2009 to April 20, 2009.

Plaintiff Sun and Defendant Implicit have a mutual interest in the orderly and efficient conduct of this litigation. Plaintiff and Defendant agree that the foregoing extension of time will

assist the parties in the formulation of their pleadings and responses in the present action and ensure the orderly and efficient conduct of this litigation.

Therefore, Defendant Implicit Networks, Inc. and Plaintiff Sun Microsystems, Inc. request that the Court: extend the date for Plaintiff Sun Microsystems, Inc. to respond to the Defendant's counterclaims until April 20, 2009.

Dated: March 17, 2009　　　　　　　　FISH & RICHARDSON P.C.

By: /s/ Robert J. Kent
　　Robert J. Kent

Attorneys for Plaintiff
SUN MICROSYSTEMS, INC.

Dated: March 17, 2009　　　　　　　　HOSIE RICE LLP

By: /s/ George F. Bishop
　　George F. Bishop

Attorneys for Defendant
IMPLICIT NETWORKS, INC.

Pursuant to General Order 45, Section X(B) regarding signatures, I Attest under penalty of perjury that concurrence in the filing of this document has been obtained from George F. Bishop.

Dated: March 17, 2009　　　　　　　　FISH & RICHARDSON P.C.

By: /s/ Robert J. Kent
　　Robert J. Kent

Attorneys for Plaintiff
SUN MICROSYSTEMS, INC.

**IT IS SO ORDERED.**

Dated: _____　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Susan Illston
　　　　　　　　　　　　　　　　　　JUDGE OF THE U.S. DISTRICT COURT

50641661.doc

2　　JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S COUNTERCLAIMS
Case No. C09-00201 SI