Katherine Kelly Lutton (CAB # 194971)
lutton@fr.com
Katherine D. Prescott (CAB # 215496)
Prescott@fr.com
Robert J. Kent (CAB # 250905)
RJKent@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Barbara A. Benoit (*Admitted Pro Hac Vice*)
benoit@fr.com
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005-3500
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Attorneys for Plaintiff
SUN MICROSYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>IMPLICIT NETWORKS, INC.,<br><br>Defendant. | Case No. C09-00201 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE** |

The Plaintiff Sun Microsystems, Inc. and Defendant Implicit Networks, Inc., pursuant to 41(a)(2) and (c) of the Federal Civil Judicial Procedure and Rules, hereby move for an order dismissing this action with regard to all claims and counterclaims brought, respectively, of Plaintiff Sun Microsystems, Inc. and Defendant Implicit Networks, Inc., in their entirety WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: April 6, 2009　　　　　　FISH & RICHARDSON P.C.

By: /s/ Robert J. Kent
　　　Robert J. Kent

Attorneys for Plaintiff
SUN MICROSYSTEMS, INC.

Dated: April 6, 2009　　　　　　HOSIE RICE LLP

By: /s/ George F. Bishop
　　　George F. Bishop

Attorneys for Defendant
IMPLICIT NETWORKS, INC.

Pursuant to General Order 45, Section X(B) regarding signatures, I Attest under penalty of perjury that concurrence in the filing of this document has been obtained from George F. Bishop.

Dated: April 6, 2009　　　　　　FISH & RICHARDSON P.C.

By: /s/ George F. Bishop
　　　George F. Bishop

Attorneys for Defendant
IMPLICIT NETWORKS, INC..

PURSUANT TO STIPULATION, this matter is hereby dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: _____　　　_____
　　　　　　　　　　　　　　　　　　Honorable Susan Illston
　　　　　　　　　　　　　　　　　　JUDGE OF THE U.S. DISTRICT COURT

50642052.doc