UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 1/15/10

Case No.    C-09-1478 SI, C-09-5628, C-09-5663    Judge:   SUSAN ILLSTON

Title: IMPLICIT NETWORKS  -v- SYBASE

Attorneys: S. Hosie, Weker    M. Bettinger,  I Fu

Deputy Clerk:  Tracy Sutton  Court Reporter: n/a

**PROCEEDINGS**

1)    Further Case Management Conference - HELD

2)

3)

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                                     PART

Case continued to **5/14/10 @ 3:00 p.m..** for Further Case Management Conference

Case continued to **7/7/10 @ 3:30 p.m.** for Tutorial

Case continued to **7/8/10 @ 3:30 p.m.** Markman

Case continued to      **@ 9:00 a.m.**    for Motions
(Motion due , Opposition   Reply )

Case continued to      **@ 3:30 p.m.**   for Pretrial Conference

Case continued to      **@ 8:30 a.m.**   for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The parties have agreed to dismiss C-09-5628.

Counsel will submit a new scheduling order regarding the claim construction briefing.